# Order

Michigan Supreme Court
Lansing, Michigan

November 25, 2008

Clifford W. Taylor,
Chief Justice

136865

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 136865
COA: 284058
Oakland CC: 2002-185639-FC

JOHN GEORGE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 2, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

Clerk

s1117